# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MAGMA HOLDING, INC., a Nevada corporation; and META LAB, INC., a Nevada corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>KA TAT "KARTER" AU-YEUNG, an individual,<br><br>　　　　Defendant. | Case No.: 2:20-cv-00406-RFB-BNW<br><br>**ORDER** |
| AND ALL RELATED ACTIONS. | |

**IT IS ORDERED** that ALL FUNDS on deposit with the Court, including interest, shall be released to the Court Appointed Receiver Kevin Singer, of Receivership Specialists, located at: 7251 W. Lake Mead Blvd, Suite 300 Las Vegas, NV 89128; and upon receipt of Mr. Singer's W-9.

**DATED:** <u>May 11, 2020</u>.

　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**