**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MAGMA HOLDING, INC., a Nevada corporation; and META LAB, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KA TAT "KARTER" AU-YEUNG, an individual,<br><br>Defendant.<br><br>AND ALL RELATED ACTIONS. | Case No.: 2:20-cv-00406-RFB-BNW<br><br>**AMENDED ORDER** |

**IT IS ORDERED** that ALL FUNDS on deposit with the Court, including interest, shall be made payable to: MAGMA HOLDING, INC., a Nevada corporation; said funds shall be released to the Court Appointed Receiver Kevin Singer, of Receivership Specialists, located at: 7251 W. Lake Mead Blvd, Suite 300 Las Vegas, NV 89128; and upon receipt of the Magma Holding, Inc's W-9.

**DATED:** May 13, 2020.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE