1  KAEMPFER CROWELL
   Ryan M. Lower, No. 9108
2  Raleigh C. Thompson, No. 11296
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada  89135
   Telephone:  (702) 792-7000
   Facsimile:  (702) 796-7181
4  Email: rlower@kcnvlaw.com
   Email: rthompson@kcnvlaw.com

5  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Rena Andoh, (*pro hac vice*)
6  Jeffrey T. Kern, (*pro hac vice*)
   Danielle M. Thompson, (*pro hac vice*)
   30 Rockefeller Plaza
7  New York, New York  10112-0015
   Telephone:  (212) 653-8700
   Facsimile:  (212) 653-8701
8  Email: randoh@sheppardmullin.com
   Email: jkern@sheppardmullin.com
   Email: dthompson@sheppardmullin.com

9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
10 Isaiah Z. Weedn, (*pro hac vice*)
   650 Town Center Drive, 10th Floor
11 Costa Mesa, California  92626-1993
   Telephone:  (714) 513-5100
   Facsimile:  (714) 513-5130
12 Email: iweedn@sheppardmullin.com

   *Attorneys for Plaintiffs/Counterdefendants*
13 *MAGMA HOLDING, INC.*
   *and META LAB, INC.*

14                    **UNITED STATES DISTRICT COURT**

15                          **DISTRICT OF NEVADA**

16 | MAGMA HOLDING, INC., a Nevada corporation and META LAB, INC., a Nevada corporation, | Case No.  2:20-cv-00406-RFB-BNW |
   |---|---|
   |                    Plaintiffs, | **NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD FOR PLAINTIFF'S MAGMA HOLDING, INC. AND META LAB, INC.** |
   |           vs. | |
   | KA TAT "KARTER" AU-YEUNG, an individual; DOES I-X, inclusive; and ROE ENTITIES 1-10, inclusive, | |
   |                    Defendants. | |

| | |
|---|---|
| 1 | KA TAT AU-YEUNG, an individual, |
| 2 | Counterclaimant, |
| | vs. |
| 3 | MAGMA HOLDING, INC., a Nevada corporation; and META LAB, INC., a Nevada corporation, |
| 4 | |
| 5 | Counterdefendants. |

Per the Court's order granting Plaintiffs' Motion for Leave to Withdraw as Counsel, Kaempfer Crowell and Sheppard Mullin give notice that they are no longer counsel for plaintiffs in this case and request that their firms be removed from the certificate of service and the Court's CM/ECF notice system for this case.

**IT IS SO ORDERED**

**DATED:** 3:29 pm, November 04, 2020

*(signature)*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

KAEMPFER CROWELL

*(signature)*

RYAN M. LOWER
RALEIGH C. THOMPSON
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

SHEPPARD MULLIN RICHTER &
HAMPTON LLP
RENA ANDOH (Pro Hac Vice)
JEFFREY T. KERN *(Pro Hac Vice)*
DANIELLE M. THOMPSON *(Pro Hac Vice)*
30 Rockefeller Plaza
New York, New York 10112-0015

SHEPPARD MULLIN RICHTER &
HAMPTON LLP
ISAIAH Z. WEEDN *(Pro Hac Vice)*
650 Town Center Drive, 10th Floor
Costa Mesa, California  92626-1993

*Attorneys for Plaintiffs MAGMA HOLDING, INC. and META LAB, INC.*

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell, and that on today's date, I electronically filed the **NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD FOR PLAINTIFF'S MAGMA HOLDING, INC. AND META LAB, INC.** with the United States District Court CM/ECF system, which will send a notice of electronic filing, to the addressee(s) shown below:

I. Scott Bogatz
Brad Lipman
I REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
sbogatz@rrblf.com
blipman@rrblf.com

*Attorneys for Defendant Counterclaimant/Third-Party Plaintiff Ka Tat "Karter" Au-Yeung*

Charles Vlasic III
CV3LEGAL
197 East California Avenue, Suite 302
Las Vegas, Nevada 89104
cvlasic@cv3legal.com

*Attorneys for Defendant Counterclaimant/Third-Party Plaintiff Ka Tat "Karter" Au-Yeung*

Mark A. Hutchison
Joseph R. Ganley
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite. 200
Las Vegas, NV 89145
mhutchison@hutchlegal.com
jganley@hutchlegal.com

*Attorneys for Receiver Kevin Singer*

DATED: November 3, 2020

/s/ Morganne Westover
An employee of Kaempfer Crowell