**CV3 LEGAL**
CHARLES VLASIC III, ESQ.
Nevada Bar No. 11308
197 E. California Ave., Ste. 302
Las Vegas, Nevada 89104
Telephone: (702) 551-1178
Facsimile: (702) 551-1178
cvlasic@cv3legal.com

**REID RUBINSTEIN & BOGATZ**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com

*Attorneys for Defendant/
Counterclaimant/Third-Party Plaintiff,
Ka Tat Au-Yeung*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGMA HOLDING, INC., a Nevada corporation; and META LAB, INC. a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KA TAT "KARTER" AU-YEUNG, an individual,<br><br>Defendant.<br><br>AND ALL RELATED MATTERS. | Case No.: 2:20-cv-00406-RFB-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING DEADLINES ON MOTI'S MOTION TO COMPEL ARBITRATION** |

Defendant/Counterclaimant/Third-Party Plaintiff Ka Tat "Karter" Au-Yeung ("Karter"), by and through his counsel, CV3 Legal and Reid Rubinstein & Bogatz; and Third-Party Defendant/Derivative Counterclaimant Moti Technology Co., LTD ("Moti"), hereby stipulate and agree that Karter shall have until March 31, 2022, to file his Response to Moti's Renewed Motion to Compel Arbitration and Dismiss Third Party Plaintiff's Claims against Moti for Lack of Subject Matter Judication (ECF No. 276) ("Motion to Compel Arbitration"), and Moti shall have until April 18, 2022 to file its Reply in Support of its Motion to Compel

Page 1 of 3

1  Arbitration.

2  Dated this 24th day of March, 2022.

3

4  CV3 LEGAL                                          REID RUBINSTEIN & BOGATZ

5
   By:   /s/ Charles Vlasic                           By:   /s/ I. Scott Bogatz
6      Charles Vlasic III, Esq.                           I. Scott Bogatz, Esq.
       Nevada Bar No. 11308                               Nevada Bar No. 3367
7      197 E. California Ave., Ste. 302                   300 South Fourth St., Ste. 830
       Las Vegas, Nevada 89104                            Las Vegas, Nevada 89101
8      *Attorneys for Defendant/*                         *Attorneys for Defendant/*
       *Counterclaimant/Third-Party Plaintiff,*           *Counterclaimant/Third-Party Plaintiff,*
9      *Ka Tat Au-Yeung*                                  *Ka Tat Au-Yeung*

10 SNELL & WILMER L.L.P.

11
   By:   /s/ Alex Fugazzi
12     Alex L. Fugazzi, Esq.
       Bradley T. Austin, Esq.
13     Hayley J. Cummings, Esq.
       3883 Howard Hughes Pkwy., Ste. 1100
14     Las Vegas, Nevada 89169

15     Matthew L. Lalli, Esq.
       SNELL & WILMER L.L.P.
16     Gateway Tower West
       15 West South Temple, Suite 1200
17     Salt Lake City, Utah 84101

18
       *Attorneys for Third-Party*
19     *Defendant/Counterclaimant Moti*
       *Technology Co., LTD and derivatively*
20     *on behalf of Plaintiffs Magma Holdings,*
       *Inc. and Meta Lab Inc.*
21

22

23

24

25

26

27

28                                     Page 2 of 3



**ORDER**

Karter shall have until March 31, 2022, to file his Response to Moti's Renewed Motion to Compel Arbitration (ECF No. 276); and

Moti shall have until April 18, 2022 to file its Reply in Support of its Motion to Compel Arbitration.

**IT IS SO ORDERED**.



RICHARD E. BOULWARE, II
United States District Court

DATED this 29th day of March, 2022.