Alex L. Fugazzi, Esq. (9022)
Bradley T. Austin. Esq. (13064)
Hayley J. Cummings, Esq. (14858)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile:  702.784.5252
afugazzi@swlaw.com
baustin@swlaw.com
hcummings@swlaw.com

*Attorneys for Moti Technology Co., LTD*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGMA HOLDING, INC., a Nevada corporation; and META LAB, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> KA TAT "KARTER" AU-YEUNG, an individual, <br><br> Defendant. <br><br> AND ALL RELATED MATTERS | Case No. 2:20-cv-00406-RFB-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

THIS STIPULATION is by and among Plaintiff, Counterdefendant, and Nominal Counterdefendant Magma Holding, Inc. ("Magma"), Plaintiff, Counterdefendant, and Nominal Counterdefendant Meta Lab, Inc. ("Meta"), Receiver Kevin Singer, solely in his capacity as the District Court Appointed Receiver over Magma and Meta ("Receiver"), Defendant, Counterclaimant, and Third-Party Plaintiff Ka Tat Au-Yeung ("Karter"), Defendant and Counterdefendant Siyun Lu ("Crystal"), Defendant and Counterdefendant HuiHui Sun ("Sindy"), Third-Party Defendant Qian Xu ("Daniel"), Third-Party Defendant Yuxiang Gao ("Michael"), and Third-Party Defendant and Third-Party Counterclaimant Moti Technology Co., LTD ("Moti") (each of the foregoing, other than

Receiver, a "Party", and collectively, the "Parties") by and through their respective counsel of record:

WHEREAS, the Parties have now resolved their underlying dispute in the above-captioned case (the "Action") pursuant to a separate settlement agreement, the terms of which are acceptable to the Receiver, and the termination of this receivership by way of the Court approving this Stipulation;

WHEREAS, the Receiver's total fees and expenses in this matter from April 24, 2020, through August 14, 2023 are $1,806,666.18, comprising $1,802,052.26 in fees, and $4,613.92 in expenses. The Receiver has been paid $1,806,666.18 toward his total fees, expenses, and reimbursable operational costs.  The Receiver has been paid in full through August 14, 2023;

WHEREAS, the Receiver is providing notice of this Stipulation and Proposed Order settling the Receiver's Final Report and Account to all potential creditors of which he is aware;

WHEREAS, counsel for the respective Parties have reviewed and considered this Stipulation and Order, and all Parties agree that this Stipulation shall act as the Receiver's Final Report and Account in this matter, and the Parties stipulate that the Court enter an order as set forth below discharging the Receiver and bringing an end to the receivership. NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The Recitals above are incorporated herein by this reference.
2. The Stipulating Parties stipulate and agree that the Receiver is discharged as the court receiver in this matter and the receivership terminated.
3. The accounting presented in the Recitals shall be treated as the Receiver's final accounting for all purposes and is hereby approved and ratified by all Parties.
4. Any bond posted by the Receiver and any bond posted by either Party in this matter is exonerated.
5. The Receiver is discharged without obligation to file a final report and account.
6. The Court retains jurisdiction over any matters or claims which may later arise relating to and/or involving the Receiver in this matter.

7. The Action, including any and all claims, potential counterclaims and potential third-party claims, shall be dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

8. This Stipulation may be executed in any number of counterparts, which, when taken together, shall constitute but one agreement. This Stipulation also may be executed by email signatures and/or electronic signatures, all of which shall be treated as originals for all purposes.

DATED this 10th day of October, 2023.

| CV3 LEGAL | HUTCHISON & STEFFEN, PLLC |
|---|---|
| By: /s/Charles Vlasic<br>Charles Vlasic III, Esq. (11308)<br>300 South Fourth Stret, Suite 830<br>Las Vegas, NV 89101<br>*Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff Ka Tat Au-Yeung, Defendant/Counterdefendant HuiHui Sun, and Defendant/Counterdefendant Siyun Lu* | By: /s/Joseph R. Ganley<br>Mark A. Hutchison, Esq. (4639)<br>Joseph R. Ganley, Esq. (5643)<br>Peccole Professional Park<br>10080 West Alta Dr., Ste. 200<br>Las Vegas, NV 89145<br>*Attorney for Receiver Kevin Singer* |
| SNELL & WILMER L.L.P. | MCNUTT LAW FIRM, P.C. |
| By: /s/ Bradley T. Austin<br>Alex L. Fugazzi, Esq. (9022)<br>Bradley T. Austin, Esq. (13064)<br>Hayley J. Cummings, Esq. (14858)<br>3883 Howard Hughes Parkway, Ste. 1100<br>Las Vegas, NV 89169<br>*Attorneys for Third-Party Defendant/Counterclaimant Moti Technology Co., LTD and derivatively on behalf of Plaintiffs Magma Holdings, Inc. and Meta Lab Inc.* | By: /s/Daniel R. McNutt<br>Daniel R. McNutt, Esq. (7815)<br>11441 Allerton Park Dr., #100<br>Las Vegas, NV 89135<br>*Attorney for Third-Party Defendant Qian Xu and Third-Party Defendant Yuxiang Gao* |

**ORDER**

Based upon the foregoing, IT IS SO ORDERED.

Dated this  24  day of        October       , 2023.

_____
Richard F. Boulware, II, U.S. District Court